

NUMBER 13-18-00146-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE AGUERO AND EMMA AGUERO,                                    Appellants,

v.

GARFIELD FARM MUTUAL INSURANCE
ASSOCIATION AND DAVID DOLLASE,                                   Appellees.

On appeal from the 343rd District Court
of Live Oak County, Texas.

# MEMORANDUM OPINION

**Before Justices Contreras, Longoria, and Hinojosa**
**Memorandum Opinion by Justice Contreras**

Appellants filed an appeal from a judgment entered by the 343rd District Court of Live Oak County, Texas, in cause number L-16-0143-CV-C. Appellants have filed a motion for voluntarily dismissal of the appeal. The certificate of conference reflects that appellees are not opposed to the motion.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. There being no agreement in the motion regarding costs, pursuant to Rule 42.1(d) of the Texas Rules of Appellate Procedure, all costs are taxed against appellants. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Justice

Delivered and filed the
21st day of June, 2018.

2